**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern    District of _____

NOV 20 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FRESNO Division

Case No.    1:23 CV 0 0 1 6 2 8  JLT-SKO

(to be filled in by the Clerk's Office)

Pastor Isabel Vela
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

ATT
_____
Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Pastor Isabel Vela |
| Street Address | 255 N. Fulton St # 109 |
| City and County | ~~West~~ Fresno |
| State and Zip Code | CA 93701 |
| Telephone Number | (559) 667-3601 |
| E-mail Address | ofh.hebrews13.5@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                              ATT

    Job or Title *(if known)*     Legal Dept. Notice c/o Dispute

    Street Address             208 S. Akard Office # 2900.13

    City and County          Dallas

    State and Zip Code      Texas 75202

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S Code 45, First Ammendment, 9th Ammendment

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Pastor Isabel Vela , is a citizen of the State of *(name)* California .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

~~California~~

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _AT - T_ , is incorporated under

        the laws of the State of *(name)* _CALIFORNIA_ , and has its

        principal place of business in the State of *(name)* _CALIFORNIA_ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _CALIFORNIA_ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Over charges        Breach of Contract    Theft.
    Loss of Wages        Fraud
    Sweat Equity        Mental + Emotional Duress
    Loss of enjoyment    Financial hardship

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

    Breach of Contract. Promised one Rate to Keep my account with them then charged 3x the amount. Threatened to Shut Service off if not paid in full. Illegal access to account + charges that led greater financial hardship, manipulation, a loss of wages. 15 US Code 45-Unfair + deceptive to keep account. 1st Amendment - threatens to Cancel Service if excessive amounts are not Paid. Access to Account with Charges without Consent. 4th Amendment - Breached Trust + Accessed Bank without Consent for unauthorized amounts.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

    On going Since 2020.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Deceptive business practices. Att guaranteed bill to be a certain amount then withdrew amount 3x in difference from bank account. Guaranteed lines & prices to keep account from going to another company. Threatened to Cancel account & Numbers used For important matters if I do not pay the over charges. Manipulated changes to account with promises not delivered leaving me in a Financial, mental & emotional hardship.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Mental & Emotional Duress.
Financial Hardship
Breach of Trust
Countless Hours on Hold Then Purposely disconnected.
Sweat Equity. Loss of Work Hours to Attempt to Repair Their mistakes

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Termination of Contract Free & clear of all debt & installments.
Phone Number (559) 667-3608 be Released to move to another Business.
All phones to Remain unlocked and able to connect to a different company.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-20-23

Signature of Plaintiff

Printed Name of Plaintiff    Pastor Isabel Vela

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

1  Pastor Isabel Vela
   255 NORTH FULTON STREET
2  #109
   FRESNO, CA 963701
3

4

5                    CALIFORNIA EASTERN DISTRICT COURT

6                             FRESNO DIVISION

7                       2500 TULARE STREET FRESNO, CA

8

9

10  Pastor Isabel Vela,                 )  Case No.: _____
                                        )
11                     Petitioner,      )
                                        )
12  vs.                                 )  Complaint not to exceed.
                                        )  $100,000.00
13  AT&T,                               )
                                        )
14                     Defendant        )
                                        )
15 _____

16              Plaintiff, Pastor Isabel Vela, for her complaint alleges:

17

18     1)          Pastor Isabel Vela brings this action under Section 5 of

19          the Federal Trade Commission Act FTC ACT 15 USC 45 which "prohibits

20          unfair or deceptive acts or practices in or affecting commerce" to

            obtain permanent injunctive relief, rescission or reformation of
21
            contracts, restitution, the refund of monies paid, disgorgement of
22
            ill-gotten monies, and other equitable relief for Defendant's acts
23
            or practices.
24

25

26                       JURISDICTION AND VENUE

27      This Court has subject matter jurisdiction pursuant to Federal Trade

28  Commission Act FTC ACT 15 USC 45.



                              [Pleading Title] - 1

1

### INTRADISTRICT ASSIGNMENT

2    Defendant markets its products throughout the United States, including
3  throughout the county of Fresno.

4

5

### PLAINTIFF

6    Pastor Isabel Vela is victim to the defendants unlawful and deceptive
7  acts and practices.
8    Plaintiff has the right to bring such suit within this jurisdiction of
9  the court for relief and compensation found to be true and just.

10

11

### DEFENDANT

12    Defendant AT&T is a limited liability company that does business within
13  the State of California county of Fresno.

14

15

### COMMERCE

16    At all times material to this Complaint, Defendant has maintained a
17  substantial course of trade in or affecting commerce, as "commerce" is
18  defined in the FTC Act.

19

20

### DEFENDANTS COURSE OF CONDUCT

21    Defendant is a major retailer of smartphones and provider of wireless
22  broadband internet access service for smartphones ("mobile data"). Smartphone
23  owners use mobile data to, among other things, send and receive email, use
24  GPS navigation, watch streaming video, and browse the internet.
25    Defendant has offered gifts, and free accessories and lines in
26  understanding their billing errors previously and presently.

27

28

[Pleading Title] - 2

1    Defendant has offered lines at a discounted price, if not free, to

2  compensate multiple misleading factors that their agents have falsely

3  promised.

4    Defendant fails to uphold the promises, compensations and gifts that

5  said agents have promised and offered in attempts to keep the petitioners

6  business account with the defendant.

7    Defendant and said agents have left the petitioner on the phone for

8  countless hours without just compensation and in attempts to dissuade the

9  petitioner from seeking and obtaining information of the fraudulent promises.

10   Defendant and said agents have interfered with the petitioner's peace

11  and business operations.

12    Defendant has obtained access to the petitioner's bank account only to

13  access excessive funds, over the amount agreed upon. These actions have left

14  the petitioner's account overdrawn and with excessive charges from the bank,

15  a negative standing with the bank.

16    Defendant has manipulated, harassed, and caused mental and emotional

17  duress on the petitioner as the times the petitioner would call or email to

18  get clarity of the over charges, fraud changes to the account, misleading and

19  forced into new accounts for the better of the business account.

20    Defendant has breached our contract and is forcing the petitioner to

21  continue with a contract not agreed upon or forced the petitioner into

22  excessive fees and early termination fines, including loss of business phone

23  number that is used to generate revenue.

24    Defendants' agent Rhee Beaco was recording our conversations without

25  prior consent or acknowledgment. California's eavesdropping law requires the

26  consent of all parties to record a confidential communication including those

27  conducted by "telephone, or other device, except a radio." Cal. Pen Code

28  632(a).

Defendant and said agents made changes to my account without my consent. This left me with an outstanding bill of over $4000.00, countless hours on hold, and a suspended internet service crucially needed for business.

Defendant and said agents offered an "email" that was knowingly wrong and of no existence to mislead the petitioner into believing the agent will be accessible to "manually" change the amounts should the billing not be as promised.

Defendant charges for services not being received.

Defendant charges for property never received.

Petitioner has attempted to remedy the mishaps of the defendant in good faith, and has continues to cause irreparable harm, loss of wages, infringement of the security of the account.

## FTC ACT VIOLATIONS

Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act

## COUNT I

The defendant made fraudulent changes to the petitioner's account.

## COUNT II

The defendant unlawfully withdrew amounts greater than agreed upon from the petitioner's bank account.

### COUNT III

The defendant falsely promised discounts that were never received in order to keep the petitioners account from going to another company.

### COUNT IV

Defendant misled petitioner into believing the monthly service fee was under $500.00 in attempts to keep the petitioner's business then later billed three times the amount.

### COUNT V

Defendant mailed "FREE" items to petitioner then later charged for the "FREE" items and attempted to collect an early termination fee.

### COUNT VI

Defendant failed to keep the verbal and recorded agreement of a financial billing amount.

### COUNT VII

Defendant manipulated and promised services, gifts, in order to keep the petitioners account from going to another company, but never complied.

### COUNT VIII

Defendants' agent Rhee Beaco was forceful and demanding and forcing the petitioner to invest countless hours in reviewing an obtaining information that had previously been shared; with the threat to not have issues resolved if I did not accept being forced to work for free.

1

### COUNT IX

2

3

Dependent agent Rhee Beaco failed to disclose recording our conversation and thus was recording against my right.

4

5

### COUNT X

6

Unauthorized access and changes to account.

7

### COUNT XI

8

9

Defendant has failed to return calls or has left the petitioner on hold for max hours allotted (3 hours) intentionally to dissuade the petitioner from seeking resolution to the fraud and invasion of trust and account.

10

11

12

### COUNT XII

13

14

Defendant and said agents forced petitioner into new lines of service stating they would be free of charge in agreement to the wrongs the petitioner has endured by the defendant and said agents, then charged for lines, and left lines without service.

15

16

17

18

### COUNT XIII

19

Breach of Contract.

20

21

### CONSUMER INJURY

22

23

Consumer has suffered and will continue to suffer substantial injury as a result of Defendant's violations of the FTC Act. In addition, Defendant has been unjustly enriched as a result of its unlawful acts or practices. Absent injunctive relief by this Court, Defendant is likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

24

25

26

27

28

[Pleading Title] - 6

**THIS COURT'S POWER TO GRANT RELIEF**

Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC. The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

**PRAYER FOR RELIEF**

Wherefore, Petitioner Pastor Isabel Velà request that the Court:

Enter a permanent injunction to prevent future violations of the FTC Act by Defendant.

Award such relief as the Court finds necessary to redress injury to consumers resulting from Defendant's violations of the FTC Act, including but not limited to rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies;

Award Plaintiff the costs of bringing this action (in example: sweat equity, travel, loss of wages), as well as such other and additional relief as the Court may determine to be just and proper.

Termination of contract that the defendant has already breached. No early termination fees nor force to pay installments on lines as petitioner attempted to remedy all issues justly but was met with the defendants injustices.

1          Temporary Emergency Order Preventing the Defendant from cutting,

2    cancelling, pausing, freezing the main business line (559) 667-3608.

3

4

5                              Dated this 13th day of November 2023

6

7    *Pastor Isabel-Maria; Vela*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Pleading Title] - 8

# myAT&T

## Your online AT&T bill is ready, OUR FATHERS HOME.

Hi OUR FATHERS HOME,

Your monthly wireless bill is now available at myAT&T.

Account number: 287301223191
Payment due: 11/22/2023
Bill total: $4592.66

Cost was quoted at $498.00 monthly

**3:24**

# +1 (888) 714-3915

## 02:59:01



mute



keypad



audio



add call



FaceTime



contacts

ON HOLD FOR CLOSE TO 3 Hours.

ONCE 3 Hours HIT it Automatically disconnected Stating the Hold time Max time had been Reached



ON HOLD FOR OVER 2 hrs. WITH NO ONE RETURNING TO CALL

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Pastor Isabel Vela | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | )    Civil Action No. |
| v. | ) |
| ATT | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATT


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pastor Isabel Vela
255 N Fulton St #109
Fresno CA 93701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                        *Server's signature*

                                                                _____
                                                                        *Printed name and title*

                                                                _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Pastor Isabel Vela | ) |
| _____ | ) |
| *Plaintiff* | ) Civil Action No. |
| ATT | ) |
| v. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

ATT

To: _____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records of telephone call, all recorded telephone calls, email interations, billing

| Place: | Date and Time: |
|---|---|
| 255 North Fulton St #109 Fresno CA 93701 | Jan 10, 2024 @ 10:00am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11-16-2023

| CLERK OF COURT | |
|---|---|
| | OR  *Pastor Isabel-Maria Vela* |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **IN PRO SE**
PASTOR ISABEL VELA _____, who issues or requests this subpoena, are:
ofh.hebrews13.5@gmail.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: