**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>    Plaintiff,<br><br>  v.<br><br>ATT,<br><br>    Defendant. | Case No. 1:23-cv-01628 JLT SKO<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE FIRST AMENDED COMPLAINT, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

Pastor Isabel Vela is proceeding *pro se* and *in forma pauperis* in this action, seeking to hold the defendant liable for violations of her rights under the First, Fourth, and Ninth Amendments; the Clayton Act; "bait and switch" and her rights to freedom of religion. (Doc. 6.)

The magistrate judge reviewed the First Amended Complaint and found that, "despite the explicit recitation of the deficiencies of the original complaint, Plaintiff has failed to plead any cognizable claims." (Doc. 7 at 1.) Plaintiff failed to "allege facts to support a finding that Defendant has acted such that their conduct is fairly attributable to the government" for purposes of a claim under 42 U.S.C. § 1983, failed to meet the "heightened pleading standard" for fraud claims, and did not allege an antitrust injury under the Clayton Act, 15 U.S.C. § 15. (*Id*. at 3–6.) Furthermore, the magistrate judge found Plaintiff "repeatedly demonstrated that she is unable to marshal facts sufficient to constitute a cognizable claim and that the addition of more detailed factual allegations or revision of Plaintiff's claims will not cure the defects of her amended

complaint." (*Id.* at 6.)  Therefore, the magistrate judge recommended dismissal without leave to amend for failure to state a claim.  (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 14 days.  (Doc. 7 at 1, 6.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued February 8, 2024 (Doc. 7) are **ADOPTED** in full.
2. This action is **DISMISSED** due to Plaintiff's failure to state a claim.
3. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated: __**March 1, 2024**__                              _____
                                                                                    UNITED STATES DISTRICT JUDGE

2