# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PASTOR ISABEL VELA,**

CASE NO: **1:23–CV–01628–JLT–SKO**

v.

**ATT,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/1/2024**


**Keith Holland**
Clerk of Court

ENTERED: **March 1, 2024**

by: /s/ C. Marrujo
Deputy Clerk